302 U.S. 767
 58 S.Ct. 480
 82 L.Ed. 595
 Edward H. ALSOP, petitioner,
v.
Guy T. HELVERING, Commissioner of Internal Revenue.*
 No. 626.
 Supreme Court of the United States
 January 17, 1938
 
 Mr. R. T. M. McCready, of Pittsburgh, Pa., for petitioner.
 
 
 1
 For opinion below, see Alsop v. Commissioner of Internal Revenue, 92 F.2d 148.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied.
 
 
 
 *
 Rehearing denied 303 U.S. 666, 58 S.Ct. 521, 82 L.Ed. ——.